1  Thomas Burke (CA SBN 141930)
   DAVIS WRIGHT TREMAINE LLP
2  505 Montgomery Street, Suite 800
   San Francisco, California 94111
3  Telephone:    (415) 276-6500
   Facsimile:    (415) 276-6599
4  Email:        thomasburke@dwt.com

5  Burt Braverman (*pro hac vice*)
   DAVIS WRIGHT TREMAINE LLP
6  1919 Pennsylvania Avenue NW, Suite 800
   Washington, DC 20006-3401
7  Telephone:    (202) 973-4210
   Facsimile:    (202) 973-4410
8  Email:        burtbraverman@dwt.com

9  Attorneys for Defendant
   ABS-CBN INTERNATIONAL

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEC TABAK,<br><br>    Plaintiff,<br><br>    v.<br><br>ABS-CBN INTERNATIONAL,<br><br>    Defendant. | Case No. 4:19-cv-05202-YGR<br><br>**THIRD STIPULATION TO EXTEND TIME FOR DEFENDANT ABS-CBN INTERNATIONAL TO RESPOND TO COMPLAINT PURSUANT TO CIVIL LOCAL RULE 6-1(a)** |

**THIRD STIPULATION TO EXTEND TIME**
**Case No. 4:19-cv-05202-YGR**

WHEREAS Plaintiff filed this action on August 20, 2019;

WHEREAS the deadline for Defendant ABS-CBN International ("ABS-CBN") to respond to the Complaint is November 13, 2019;

WHEREAS Defendant requires additional time to investigate the allegations of the Complaint and prepare its responsive pleading;

WHEREAS the parties continue to explore settlement, and agree that a further continuance of Defendant's time to respond is beneficial to those efforts; and

WHEREAS this stipulation will not alter the date of any event or any deadline already fixed by Court order.

NOW THEREFORE, Plaintiff Alec Tabak and Defendant ABS-CBN International HEREBY STIPULATE AND AGREE AS FOLLOWS:

The deadline for ABS-CBN International to answer or otherwise respond to the Complaint shall be extended up to and including November 27, 2019.

IT IS SO STIPULATED.

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP
Burt Braverman
Thomas R. Burke

Dated: November 12, 2019      By: */s/ Thomas R. Burke*
                                   Thomas R. Burke

Attorneys for Defendant
ABS-CBN INTERNATIONAL


LIEBOWITZ LAW FIRM, PLLC
Richard P. Liebowitz

Dated: November 12, 2019      By: */s/ Richard P. Liebowitz*
                                   Richard P. Liebowitz

Attorneys for Plaintiff
ALEC TABAK

1

**THIRD STIPULATION TO EXTEND TIME**
**Case No. 4:19-cv-05202-YGR**

**CERTIFICATION OF CONCURRENCE**

Pursuant to L.R. 5-1, I hereby attest that Richard P. Liebowitz, counsel for Plaintiff Alec Tabak, has provided his concurrence in the electronic filing of the foregoing document entitled STIPULATION TO EXTEND TIME FOR DEFENDANT ABS-CBN INTERNATIONAL TO RESPOND TO COMPLAINT PURSUANT TO CIVIL LOCAL RULE 6-1(a).

*/s/ Thomas R. Burke*
Thomas R. Burke