UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEC TABAK,<br><br>         Plaintiff,<br><br> - against -<br><br>ABS-CBN INTERNATIONAL<br><br>         Defendant. | Docket No. 4:19-cv-5202 |

## NOTICE OF SETTLEMENT

The parties have reached a settlement in principle. The parties will file a stipulation of dismissal within the next 30 days.

/s/Richard Liebowitz
Richard Liebowitz