UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**ALEC TABAK**,

          Plaintiff,

   v.

**ABS-CBN INTERNATIONAL**,

          Defendant.

Case No. 19-cv-05202-YGR

**ORDER VACATING DATES AND SETTING COMPLIANCE HEARING**

Re: Dkt. No. 22

---

The Court has learned that the above-captioned case has settled. (Dkt. No. 22.) Accordingly, all pending dates are **VACATED**. A compliance hearing shall be held on the Court's **9:01 a.m.** calendar on **Friday, January 17, 2020**, in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California.

Five (5) business days prior to the date of the compliance hearing, the parties shall file either (a) a Stipulation of Dismissal; or (b) a one-page **JOINT STATEMENT** setting forth an explanation regarding the failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.

**IT IS SO ORDERED.**

Dated: November 21, 2019

_____
YVONNE GONZALEZ ROGERS
United States District Judge