Thomas Burke (CA SBN 141930)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone:    (415) 276-6500
Facsimile:    (415) 276-6599
Email:        thomasburke@dwt.com

Burt Braverman (*pro hac vice)*
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Avenue NW, Suite 800
Washington, DC 20006-3401
Telephone:    (202) 973-4210
Facsimile:    (202) 973-4410
Email:        burtbraverman@dwt.com

Attorneys for Defendant
ABS-CBN INTERNATIONAL

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEC TABAK,<br><br>            Plaintiff,<br><br>      v.<br><br>ABS-CBN INTERNATIONAL,<br><br>            Defendant. | Case No. 4:19-cv-05202-YGR<br><br>**STIPULATION OF SETTLEMENT AND DISMISSAL WITH PREJUDICE** |

**STIPULATION OF SETTLEMENT AND DISMISSAL WITH PREJUDICE**
**Case No. 4:19-cv-05202-YGR**

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEY OF RECORD:

IT IS HEREBY STIPULATED by and between Plaintiff ALEC TABAK and Defendant ABS-CBN INTERNATIONAL, through their respective counsel of record, that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), (1) this action and all claims asserted by Plaintiff in this action are hereby dismissed with prejudice, and (2) each side will bear its own fees and costs.

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP
Burt Braverman
Thomas R. Burke

Dated: December 5, 2019         By: */s/ Burt Braverman*
                                     Burt Braverman

Attorneys for Defendant
ABS-CBN INTERNATIONAL


LIEBOWITZ LAW FIRM, PLLC
Richard P. Liebowitz

Dated: December 5, 2019         By: */s/ Richard P. Liebowitz*
                                     Richard P. Liebowitz

Attorneys for Plaintiff
ALEC TABAK

---

1

**STIPULATION OF SETTLEMENT AND DISMISSAL WITH PREJUDICE**
**Case No. 4:19-cv-05202-YGR**

## **CERTIFICATION OF CONCURRENCE**

Pursuant to L.R. 5-1, I hereby attest that Richard P. Liebowitz, counsel for Plaintiff Alec Tabak, has provided his concurrence in the electronic filing of the foregoing document entitled STIPULATION OF SETTLEMENT AND DISMISSAL WITH PREJUDICE.

*/s/ Burt Braverman*
Burt Braverman
