1  Thomas Burke (CA SBN 141930)
   DAVIS WRIGHT TREMAINE LLP
2  505 Montgomery Street, Suite 800
   San Francisco, California 94111
3  Telephone:    (415) 276-6500
   Facsimile:    (415) 276-6599
4  Email:        thomasburke@dwt.com

5  Burt Braverman (*pro hac vice*)
   DAVIS WRIGHT TREMAINE LLP
6  1919 Pennsylvania Avenue NW, Suite 800
   Washington, DC 20006-3401
7  Telephone:    (202) 973-4210
   Facsimile:    (202) 973-4410
8  Email:        burtbraverman@dwt.com

9  Attorneys for Defendant
   ABS-CBN INTERNATIONAL

10

IT IS SO ORDERED

Judge Yvonne Gonzalez Rogers

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

12/19/2019

11            IN THE UNITED STATES DISTRICT COURT

12            NORTHERN DISTRICT OF CALIFORNIA

13  ALEC TABAK,                           Case No. 4:19-cv-05202-YGR

14            Plaintiff,

15      v.                                **STIPULATION OF SETTLEMENT AND
                                          DISMISSAL WITH PREJUDICE**
16  ABS-CBN INTERNATIONAL,

17            Defendant.

18

19

20

21

22

23

24

25

26

27

28

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEY OF RECORD:

IT IS HEREBY STIPULATED by and between Plaintiff ALEC TABAK and Defendant ABS-CBN INTERNATIONAL, through their respective counsel of record, that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), (1) this action and all claims asserted by Plaintiff in this action are hereby dismissed with prejudice, and (2) each side will bear its own fees and costs.

Respectfully submitted,


DAVIS WRIGHT TREMAINE LLP
Burt Braverman
Thomas R. Burke

Dated: December 5, 2019                      By: */s/  Burt Braverman*
                                                   Burt Braverman

                                             Attorneys for Defendant
                                             ABS-CBN INTERNATIONAL


                                             LIEBOWITZ LAW FIRM, PLLC
                                             Richard P. Liebowitz


Dated:  December 5, 2019                      By: */s/ Richard P. Liebowitz*
                                                   Richard P. Liebowitz

                                             Attorneys for Plaintiff
                                             ALEC TABAK

**STIPULATION OF SETTLEMENT AND DISMISSAL WITH PREJUDICE**
**Case No. 4:19-cv-05202-YGR**

## CERTIFICATION OF CONCURRENCE

Pursuant to L.R. 5-1, I hereby attest that Richard P. Liebowitz, counsel for Plaintiff Alec Tabak, has provided his concurrence in the electronic filing of the foregoing document entitled STIPULATION OF SETTLEMENT AND DISMISSAL WITH PREJUDICE.


                              */s/ Burt Braverman*
                              Burt Braverman